UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM A. STUTZNER,

      Plaintiff,                        Case No. 07-10075

v.                                       District Judge Gerald E. Rosen
                                          Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

      Defendant.
_____/

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS

      Before the Court is Plaintiff William A. Stutzner's Application to Proceed In Forma Pauperis [Docket #2]. Having reviewed the Plaintiff's affidavit, the Court is satisfied that he is unable to pay the filing fee otherwise required. Accordingly, pursuant to 28 U.S.C. § 1915(a), Plaintiff's Application [Docket #2] is GRANTED, and he will be permitted to commence and proceed with this suit without prepayment of filing fees.

      SO ORDERED.

                                                   S/R. Steven Whalen
                                                   R. STEVEN WHALEN
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 17, 2007.

S/Gina Wilson
Judicial Assistant